**United States District Court**
**Violation Notice**

CASE: 018

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA 76 | E 1167375 | R. WATSON | 1578 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 05/01/2024  1350 | 36 CFR 4.13(a) |

Place of Offense: YOSEMITE NP STONEMAN MEADOW

Offense Description: Factual Basis for Charge    HAZMAT ☐

OBSTRUCTING TRAFFIC ON ROADWAY

### DEFENDANT INFORMATION

Last Name: RS USA INC

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9KWW895 | CA | 25 | FORD RV | | WHITE |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
+ $30  Processing Fee
$ 180  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: LEFT ON WINDSHIELD

Original - CVB Copy

*E1167375*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the ___ CTCT ___ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident